PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

APR 2 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Abdur-R-Ahin Shamsid-Deen,<br><br>        Defendant. | No. CR-21-00278-PHX-DLR (MHB)<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a)<br>and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Count 2<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between April 10, 2019 and October 15, 2019, in the District of Arizona, Defendant ABDUR-R-AHIN SHAMSID-DEEN, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about October 15, 2019, in the District of Arizona, Defendant ABDUR-RAHIN SHAMSID-DEEN knowingly made false statements and representations to *Ammo AZ*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Ammo AZ*, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of thirteen (13) Taurus G2C pistols with various serial numbers, one (1) Taurus PT111 G3 pistol with serial number TMW54973, one (1) Ruger EC9S pistol with serial number 456-19526, and one (1) Taurus 856 pistol with serial number MC54804 and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Glock 23CGEN4 .40 caliber pistol, serial number BELA566;
- Kriss Vector CRB rifle, caliber unknown, serial number 22VC000627; and
- Diamondback Arms DB-15 multicaliber rifle, serial number DB1573683.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 20, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney