**SUZUKI LAW OFFICES**
Attorneys at Law
Todd Paul Romero, Esq. No. 028174
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
todd@suzukilawoffices.com

Attorney for Defendant Shamsid-Deen

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>                                                     )<br>            Plaintiff,                       )<br>                                                     )<br>      vs.                                         )<br>                                                     )<br>Abdur-R-Ahin Shamsid-Deen,  )<br>                                                     )<br>            Defendant.                   )<br>_____) | **Case No.: CR-21-00278-PHX-DLR**<br>**(Defendant is Out of Custody)**<br><br>**SENTENCING MEMORANDUM** |

Defendant, Abdur-R-Ahin Shamsid-Deen, by and through undersigned counsel, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for October 11, 2022.

Undersigned counsel has reviewed the Presentence Report (PSR) with Mr. Shamsid-Deen, and there are no objections to the contents or findings of that report. In accordance with the recommendations of the PSR, and pursuant to the statutory sentencing factors set forth in 18 U.S.C. § 3553(a), Mr. Shamsid-Deen is requesting a sentence below the cap and is moving for a downward variance.  Specifically, defense

requests the Court sentence him to 12 months and a day at the Bureau of Prisons (BOP) and 12 months supervised release.  Defense also requests that the Court allow Mr. Shamsid-Deen to self-surrender if he is sentenced to the BOP.  Given Mr. Shamsid-Deen's personal circumstances, history and characteristics, and family support, the requested sentence will provide sufficient punishment, promote respect for the law, and allow for adequate deterrence.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### I.  INTRODUCTION

The PSR accurately calculates Mr. Shamsid-Deen's total offense level at 24. Mr. Shamsid-Deen falls into criminal history category I, and his applicable guideline range is 51 to 60 months. The PSR recommends a sentence of 41 months' BOP followed by 12 months of supervised release. *Id.*  Mr. Shamsid-Deen requests that the Court sentence him to 12 months and a day at the Bureau of Prisons (BOP) and 12 months supervised release. Considering Mr. Ramirez's personal circumstances, history and characteristics, and family support, a sentence of 12 months and a day is sufficient but not greater than necessary to comply with the purposes of 18 U.S.C. § 3553(a).

### II. ARGUMENT

The factors set forth at 18 U.S.C. § 3553(a) weigh in favor of a sentence of 12 months and a day.

### A. The Nature and Circumstances of the Offense; Promoting Respect for the Law; Providing Adequate Deterrence to Criminal Conduct

As set forth in the plea agreement and the PSR, Mr. Shamsid-Deen purchased at least 55 firearms and sold them for a profit. The fact of the matter is that at the time Mr. Shamsid-Deen committed these offenses he was ignorant of the law which he now acknowledges is not a defense or excuse for his actions. He understands he broke the law and must be held accountable. Defense has no objections or corrections to the PSR; however, it is important for the Court to consider the circumstances surrounding Mr. Shamsid-Deen's actions over that six month period in 2019 (*i.e.*, the purchase and sale of firearms occuring between April 10, 2019 through October 15, 2019) and why he started flipping firearms for a profit.

Mr. Shamsid-Deen filed for Chapter 13 bankruptcy in 2017 due to his inability to keep up with his financial obligations. He fell behind in his mortgage payments and other debts. The Chapter 13 bankruptcy process allowed him to work out a loan modification on his home in order to prevent it from being foreclosed. The bankruptcy was discharged in October 2018 because he was unable to keep up with payoff payments on the other debts, but he was able to continue making payments on his mortgage to keep it from being foreclosed. Today Mr. Shamsid-Deen is current on his mortgage and his family's home is no longer in the foreclosure process, but his work to catch up with his mortgage payments came with a heavy price.

After Shamsid-Deen's bankruptcy was discharged in 2018, he continued to make payments on his loan modification payment agreement and brought it current in late 2019 which coincides with him not purchasing or selling any additional firearms. Aside from his fulltime job with Honeywell International, Mr. Shamsid-Deen bought 55 firearms during that 6 month period in 2019 and sold them to a number of people to pay off his debts. The PSR attempts to portray Mr. Shamsid-Deen as someone affiliated or associated with a California criminal street gang. Mr. Shamsid-Deen has never been affiliated or associated with any criminal street gang. In hindsight, Mr. Shamsid-Deen's mistake was befriending a person with gang connections whose child lived in the same neighborhood and attended the same school as one of his children. That person with the gang connections later introduced a person from Californai identified as Hernandez in the PSR to Mr. Shamsid-Deen who intially told him that he was interested in buying firearms because he was starting up a security company. Mr. Shamsid-Deen had no idea at the time that Hernandez was returning those firearms to California or connneced to a criminal street gang. Since the day Mr. Shamsid-Deen was arrested on April 28, 2021, a day has not gone by that he does not replay over and over again the events from that 6 month period that has changed his life forever.

**B. Mr. Shamsid-Deen's History and Character**

This is Mr. Shamsid-Deen's first felony conviction, and he has lived a law-abiding lifestyle his entire adult life except for suspended license offense when he was 19 years

old. Mr. Shamsid-Deen has a supportive and close relationship with his family, and he has the resources and motivation to make lasting positive changes in his life.[1]

### C. Acceptance of Responsibility and Need to Avoid Unwarranted Sentencing Disparities

In the instant case, Mr. Shamsid-Deen has demonstrated acceptance of responsibility and provided a statement wherein he admitted involvement in the instant offense.  Given Mr. Shamsid-Deen acceptance of responsibility and need to avoid unwarranted sentencing disparities amongst similarly situated defendants, a sentence of 12 months and one day will best support the statutory goals of sentencing. While Mr. Shamsid-Deen understands that he committed a very serious offense, he is a man of good character and strong family support, with the chance for rehabilitation. Clearly, Mr. Shamsid-Deen has learned a significant lesson and wants to make changes so he can continue to be a positive role model for his children. Based on the mitigating factors in this case, a 12 month and one day sentence will provide just punishment, allow for adequate deterrence, protect the public, and promote respect for the law.

### III.  CONCLUSION

For the reasons set forth above, defense requests that Mr. Shamsid-Deen be sentenced to 12 months and one day at the BOP, followed by 12 months of supervised release. Mr. Shamsid-Deen also requests that the Court permit him to self-surrender to the U.S. Marshall's at a date/time (to be determined) after sentencing.

---

[1] *See* Submitted character letters.

**RESPECTFULLY SUBMITTED** this 11th day of October 2022.

**SUZUKI LAW OFFICES**

*/s/ Todd Paul Romero*
Todd Paul Romero, Esq.
Attorney for Defendant Shamsid-Deen

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**THE HONORABLE DOUGLAS L. RAYES**
United States District Court

**COLEEN PATRICIA SCHOCH**
Assistant United States Attorney
United States Attorney's Office

*/s/Todd Paul Romero*
Todd Paul Romero, Esq.
Attorney for Defendant Shamsid-Deen